## AMERICAN FORK CITY v. BRIGGS.

No. 2449.   Decided April 29, 1913 (134 Pac. 747).

APPEAL from District Court, Fourth District; *Hon. J. E. Booth,* Judge.

Lawrence H. Briggs was convicted of violating an ordinance of American Fork City.   He appeals.

· AFFIRMED.

*E. A. Walton* and *M. E. Wilson* for appellant.

*George P. Parker* for respondent.

FRICK, J.

The facts of this case are the same as those in the preceding case of *American Fork City v. George D. Charlier,* 43 Utah, 231, 134 Pac. 739, just decided.   The decision in that case controls this one.

For that reason the judgment is affirmed, with costs to respondent for printing its brief.

McCARTY, C. J., concurs.

STRAUP, J.

I concur, but not in the allowance of costs.